UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OFFSHORE EQUIPMENT LLC, § § | |
| Consolidated Plaintiff § § § | |
| vs. § | CIVIL ACTION NO. 4:19-cv-03811 |
| § § | |
| HEAVY LIFT VB-10,000, *et al.*, § § | |
| Defendants § | |

# **ORDER**

NOW, this matter comes before the Court on plaintiff Offshore Equipment, LLC's Motion for Leave to File a Surreply dated October 29, 2020 in further support of plaintiff's Opposition to Defendants' Motion for Summary Judgement Dated September 25, 2020 (Dkt. # 73). Based on the Court's review of the Motion, the record in this case, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiff's Motion is Granted.

2. Plaintiff is directed to e-file its surreply in the form attached as Exhibit 1 of it's Motion.

IT IS SO ORDERED.

 Lee H. Rosenthal
 Chief United States District Judge